UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-20583-CIV-GRAHAM
(10-20779-CR-GRAHAM)

**CLOSED CIVIL CASE**

RICARDO JAVIER ABUCHAR,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Movant's motion to vacate, set aside, or correct sentence pursuant to Title 28 U.S.C. § 2255 attacking his conviction and sentence entered in case no. 10-20779-CR-Graham. [D.E. 1]. The matter is now before the Court on the Magistrate Judge's Report and Recommendation [D.E.23].

**THIS MATTER** was initiated when Movant Ricardo Javier Abuchar filed a motion to vacate his sentence [D.E 1]. The matter was assigned to the Honorable United States Magistrate Judge Jonathan Goodman. [D.E.4]. Magistrate Judge Goodman issued a report recommending that Movant's motion to vacate be denied and the case closed. [D.E. 23].

Movant filed timely objections to the Magistrate Judge's Report. [D.E. 24]. The Court, however, finds Movant's objections without merit.

**THE COURT** has conducted a de novo review of the file and is

otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Goodman's Report is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety [D.E. 23]. It is further

**ORDERED AND ADJUDGED** that Movant's motion to vacate [D.E. 1] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and all pending Motions are **DENIED** as Moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of _____, 2014.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Goodman
    Counsel of record